**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

| | |
|---|---|
| Date:  September 14, 2006 | Reporter: Terri Lindblom |
| | Deputy Clerk: Bernique Abiakam |

Civil Action No. 01-cv-00413-JLK-BNB

| | |
|---|---|
| M.D. MARK, INC, | Daniele William Bonifazi |
| | Harlan Peter Pelz |
| Plaintiff, | |
| v. | |
| KERR-MCGEE CORPORATION, and | |
| ORYX ENERGY COMPANY, | Gregory E. Goldberg |
| | Scott S. Barker |
| Defendants. | |

## COURTROOM MINUTES

**Oral Argument**

**2:11 p.m.     Court in session.**

Court calls case.  Counsel present.  Also present, Marilyn Davies (plaintiff), and Ian Lane, defendant's client representative.

Preliminary remarks by the Court.

**ORDERED:  Defendants' Motion To Strike Plaintiff's Supplement To 2003 Expert Report (Filed 9/11/06; Doc. No. 200) is GRANTED as specified.**

2:12 p.m.     Argument by Mr. Goldberg.

2:31 p.m.     Argument by Mr. Pelz.

3:02 p.m.     Rebuttal argument by Mr. Goldberg.

3:08 p.m.     Argument by Mr. Bonifazi.

*01-cv-00413-JLK*
*Oral Argument*
*September 14, 2006*

3:10 p.m.     Conclusions by the Court.

**ORDERED:   Motion for Partial Summary Judgment (Filed 10/10/03; Doc. No. 106), and Motion for Partial Summary Judgement (Filed 6/3/04; Doc. No. 156) are GRANTED with respect to claims 6, 7, and 8, of the Complaint, DENIED with respect to collateral estoppel, and taken UNDER ADVISEMENT as specified on the record with respect to claims 1-5.**

**3:12 p.m.     Court in recess**.
Time in court - 00:59.  Conference concluded.