IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **01-cv-413-JLK**

**M.D. MARK, INC.,**

    Plaintiffs,

v.

**KERR-McGEE CORPORATION and ORYX ENERGY COMPANY,**

    Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    The Motion to Allow Plaintiff to Conduct One Preservation Deposition (doc. #220), filed August 6, 2007, is GRANTED. Plaintiff may conduct one video preservation deposition of a witness who will not be personally present at trial, to be completed on or before September 1, 2007.

Dated:  August 6, 2007