#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLORADO
#### Senior Judge John L. Kane

Date:  September 5, 2007          Court Reporter: Darlene Martinez
                                                       Deputy Clerk: Deborah Hansen

Civil Action No. 01-cv-00413-JLK-BNB

M.D. MARK, INC.,

Plaintiff,

v.

KERR-MCGEE CORPORATION and ORYX ENERGY COMPANY,

Defendants.

#### COURTROOM MINUTES

TRIAL PREPARATION CONFERENCE

10:00 a.m. Court in Session

Court's comments

**ORDERED:** **Defendant's Motion to Prohibit Plaintiff's Untimely Identified Witness, Leon Herzog, From Testifying At Trial (Doc No. 224) is DENIED. The plaintiff's motion to amend the Pretrial Order to include Herzog as a will-call witness is GRANTED.  Herzog's testimony will be limited to matters described in plaintiff's 6th supplemental 26(a)(1) disclosure, document 225, filed August 23, 2007 and document 225-2, his affidavit filed on the same date.  Kerr-McGee's request to depose Herzog before the commencement of trial is DENIED.**

Court's comments regarding Jury Instructions

**ORDERED:** **The parties shall meet and confer in good faith to revise the Instructions, incorporating today's modifications and rulings.  The updated Instructions shall be E-filed before 4:00 p.m. September 12, 2007 to chambers**.

Court's further comments concerning testimony and voir dire

The parties will have 30 to 40 minutes to voir dire.

Comments by Mr. Pelz and Mr. Barker

Both sides have a silent video which explains seismic data acquisition.

Court's further comments

The videos will be reviewed to decide when – either before, during or after opening statements -- they will be shown to the jury.

As far as stipulations, the Court wants to be able to give those stipulations to the jury in their Instructions when they get the statement of the case; therefore, the stipulations must be presented, rather than just referred to.

11:11 a.m.   Court in Recess
             Hearing concluded
             Time: 1/11