IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 01-cv-00413-JLK-BNB

M.D. MARK, INC.,

Plaintiff,

v.

KERR-MCGEE CORPORATION, and
ORYX ENERGY COMPANY,

Defendants.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

---

IT IS STIPULATED AND ORDERED that, at the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this 28 day of September, 2007.

BY THE COURT:

John L. Kane, Senior Judge

APPROVED AS TO FORM:

ATTORNEY FOR PLAINTIFF          ATTORNEY FOR DEFENDANTS