IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **01-cv-413-JLK**

**M.D. MARK, INC.,**

    Plaintiffs,

v.

**KERR-McGEE CORPORATION and ORYX ENERGY COMPANY,**

    Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    Plaintiff's Motion for Attorney Fees (doc. #277), is DENIED without prejudice to its being re-filed following rulings on the Rule 59 and 50(b) motions.

Dated: November 1, 2007