IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 01-cv-00413-JLK-BNB | Date: December 11, 2007 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| M.D. MARKS, INC., | Daniele Bonifazi |
| | Kyle Weber |
| Plaintiff, | |
| v. | |
| KERR-McGEE CORPORATION, | Antonio Gallegos |
| and ORYX ENERGY COMPANY, | |
| Defendants. | |

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:    1:36 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED: Plaintiff's motion to review taxation of costs filed October 23, 2007; #283 is taken under advisement.**

Court in Recess    2:22 p.m.    Hearing concluded.

Total In-Court Time: 00:46