IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **01-cv-413-JLK**

**M.D. MARK, INC.,**

    Plaintiffs,

v.

**KERR-McGEE CORPORATION and ORYX ENERGY COMPANY,**

    Defendants.

## ORDER

Kane, J.

This matter is before the court on Plaintiff's Renewed Motion for Attorneys Fees (doc. #308), filed February 12, 2008. Having reviewed and carefully considered the legal arguments and authorities submitted by the parties on the issue, the motion is DENIED.

Dated this 13th day of June, 2008.

                                            BY THE COURT:

                                            *S/John L. Kane*
                                            John L. Kane, Senior Judge
                                            United States District Court